IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**ORDER RE DISCOVERY HEARING**

On May 6, defendants filed a motion to continue the deadline for plaintiff to file a FLSA motion. On May 14, plaintiff filed a discovery letter but failed to specifically describe the parties' efforts to meet-and-confer and whether those conferences took place in person or telephonically. By **MAY 18 AT NOON**, plaintiff shall file a sworn declaration (**NOT TO EXCEED TWO PAGES**) identifying the parties' efforts to meet-and-confer regarding the dispute raised in docket number 41.

Defendants have until **MAY 19 AT NOON**, to file a response to plaintiff's discovery letter. The response shall **NOT EXCEED THREE PAGES**. Please append a sworn declaration with any written responses or objections to plaintiff's first set of requests for production.

The Court sets a **THREE-HOUR MEET-AND-CONFER** in the Court's jury room from **7:30 A.M. TO 10:30 A.M. ON THURSDAY, MAY 21, 2015**. At **10:30 A.M.**, the Court shall hold a hearing to resolve any remaining issues. Please buzz chambers at **7:30 A.M.** to be let into the jury room. Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

Plaintiff has yet to file a response to defendants' motion to continue (Dkt. No. 37). Plaintiff's response is due by **MAY 18 AT NOON**. No replies, please.

Dated: March 15, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE