IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**ORDER DENYING MOTION TO CONTINUE DEADLINES RE FLSA MOTION AND SETTLEMENT CONFERENCE**

In light of defendants' pending motion to compel arbitration, defendants move to continue the deadline for plaintiff to file his FLSA motion from June 4 to July 9 (or July 16). Defendants further move to continue the settlement conference until three weeks after the FLSA motion deadline. Plaintiff does not oppose the motion. No good cause has been shown for the lengthy extension requested. Defendants' motion to continue is **DENIED**. All existing deadlines remain in place.

**IT IS SO ORDERED.**

Dated: May 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE