IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>    Defendants.<br>_____/ | No. C 14-05003 WHA<br><br>**ORDER FOLLOWING THE MAY 21 DISCOVERY HEARING** |

By **MAY 26 AT 9:00 A.M.**, the parties shall please file a joint stipulation memorializing their agreement regarding plaintiff's discovery dispute, including the agreed-upon deadline.

**IT IS SO ORDERED.**

Dated: May 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE