JOSHUA KONECKY, Bar No. 182897
jkonecky@schneiderwallace.com
NATHAN PILLER, Bar No. 300569
npiller@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:    415.421.7100
Facsimile:    415.421.7105

Attorneys for Plaintiffs


ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO J. PÉREZ, Bar No. 282135
aperez@littler.com
PERRY K. MISKA, Bar No. 299129
pmiska@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendants
DYNAMEX, INC., DYNAMEX FLEET
SERVICES, INC., DYNAMEX
OPERATIONS EAST, INC. and DYNAMEX
OPERATIONS WEST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC. and DYNAMEX OPERATIONS WEST, INC.,<br><br>    Defendants. | Case No.  3:14-CV-05003-WHA<br><br>**JOINT STIPULATION MEMORIALIZING AGREEMENT REGARDING PLAINTIFFS' DISCOVERY DISPUTE PURSUANT TO COURT'S ORDER FOLLOWING DISCOVERY HEARING**<br><br>Honorable William H. Alsup<br>Complaint Filed:    November 12, 2014 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CASE NO. 4:14-CV-05003-WHA                         JOINT STIPULATION RE DISCOVERY DISPUTE

The Parties hereby file this joint stipulation pursuant to the Court's Order, filed May 21, 2015, which directed them to file a "joint stipulation memorializing their agreement regarding plaintiff's discovery dispute, including the agreed-upon deadline." [ECF 48]

WHEREAS, on May 14, 2015, Plaintiffs filed a letter for discovery relief pursuant to Paragraph 25 of the Court's Supplemental Standing Order, which addressed the timing and scope of Defendants' search for and production of documents in response to Plaintiff's First Set of Requests for Production of Documents. [ECF 41]

WHEREAS, on May 18, 2015, Plaintiffs filed a declaration identifying the Parties' telephonic and written meet-and-confer efforts on the issues. [ECF 43]

WHEREAS, on May 19, 2015, Defendants filed a response to Plaintiffs' discovery letter. [ECF 47]

WHEREAS, pursuant to the Court's Order re Discovery Hearing, filed May 15, 2015 [ECF 42], counsel for Plaintiffs and Defendants appeared in person for a three-hour meet-and-confer in the Court's jury room on May 21, 2015.

WHEREAS, during the in person meet-and-confer, counsel reached an agreement to resolve the discovery dispute, which they put on the record during the discovery hearing held by the Court after the meet-and-confer.

WHEREAS, the following memorializes the agreement of the Parties to resolve the pending discovery dispute concerning Plaintiffs' First Set of Requests for Production of Documents:

## STIPULATION

1. For Requests 13-26, 34 & 35, Defendants will conduct a diligent search of all locations in the United States above the branch level at which responsive materials might plausibly exist, and produce all responsive non-privileged materials that are located (and a privilege log pursuant to FRCB 26(b)(5) for any materials withheld on the basis of a claimed privilege). By way of example only, a non-exhaustive list of possible locations and/or responsive materials includes, but is not necessarily limited to, the Dynamex Enterprise Computer System ("DECS"); the DECS manual; standard operating procedures (SOPs) to the extent not already produced; job descriptions,

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. 4:14-CV-05003-WHA                 2.                 JOIN STIPULATION RE DISCOVERY DISPUTE

advertisements and postings pertaining to transportation service providers covered by the collective action allegations; instructions from Dynamex clients concerning deliveries; pitches/advertising materials directed toward Dynamex clients and/or potential clients; descriptions of the work of the engineering department concerning routing; and documents among dispatchers and management concerning rates of pay for the transportation service providers covered by the collective action allegations.

2. For Requests 1-12, Defendants will conduct a diligent search of all locations in the United States at which responsive materials might plausibly exist, and produce all responsive non-privileged materials that are located (and a privilege log pursuant to FRCB 26(b)(5) for any materials withheld on the basis of an asserted privilege). To the extent that types or categories of information pertaining to an individual plaintiff is voluminous and a complete production would not be pertinent to Plaintiffs' motion to facilitate notice under 29 U.S.C. § 216(b), Defendants will so notify Plaintiffs and the Parties will meet and confer in good faith to determine whether the production can be deferred until a later stage of the litigation.

3. For Request 27 (complaints), the Parties will meet and confer further regarding the scope of the search and production. The Parties agree that the production need not include complaints, investigations and questions pertaining solely to *Lee, et al. v. Dynamex Operations West, Inc.*, (California Supreme Court, Case No. S222732); *Chevez, et al. v. Dynamex, Inc.*, (San Bernardino Sup. Ct., Case No. CIVRS 807176); or *Okeke v. Dynamex Operations East, Inc.*, Massachusetts Supreme Judicial Court docket SJC-11564.

4. For Request 32, the Parties will meet and confer regarding the terms, scope and timing of a production, including an ESI search protocol that might assist with the retrieval and production of responsive information.

5. No later than May 29, 2015, Defendants will produce all responsive, non-privileged materials located pursuant to the searches described in Paragraphs 1-2, above, which have not previously been produced. (The parties will meet and confer as to a later date for production of the privilege log, to the extent any responsive materials are withheld on claim of privilege.) Also by

May 29, 2015, Defendants will file and serve an affidavit describing the search and production, which satisfies the requirements of the Court's Supplemental Standing Order at ¶ 13.

6. The Parties will further meet and confer after May 29, 2015, to determine whether Defendants' production of materials in Response to Requests 1-26, 34, 35, at that time fully resolves the discovery dispute (independent of any supplemental production that might otherwise be required under FRCP 26 & 34).

7. The Parties further stipulate that any production of discovery materials by Defendants pursuant to this stipulation will not constitute a waiver of whatever right Defendants may otherwise have to seek arbitration of the claims of Plaintiff [*e.g.*, ECF 36], or the claims of any other individual that Plaintiff seeks to represent.

8. By agreeing to this stipulation, Plaintiffs do not waive whatever right they might otherwise have to seek production of information and materials responsive to other discovery requests that are not specifically addressed in this stipulation.

**IT IS SO STIPULATED.**

Dated: May 25, 2015

/s/ *Joshua Konecky*
JOSHUA KONECKY,
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Attorneys for Plaintiff JUAN SARAVIA

Dated: May 25, 2015

/s/ *Aurelio J. Pérez*
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendants
DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC. AND DYNAMEX OPERATIONS WEST, INC.

**IT IS SO ORDERED.**

Dated: __May 27__, 2015.

_____
THE HONORABLE WILLIAM ALSUP

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. 4:14-CV-05003-WHA    4.    JOIN STIPULATION RE DISCOVERY DISPUTE

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document(s) with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system on May 25, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

/s/ Jong Gwan Hwang
Jong Gwan (John) Hwang

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. 4:14-CV-05003-WHA            5.            JOIN STIPULATION RE DISCOVERY DISPUTE