IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DYNAMEX, INC., ET AL.,

    Defendants.

No. C 14-05003 WHA

**ORDER RE LIMITED DISCOVERY AND CONTINUING HEARING**

    Defendants moved to compel arbitration. Limited discovery is necessary to resolve the narrow issue of whether the parties had a clear and unmistakable intent to delegate the determination of arbitrability to arbitration, and if so, whether such delegation was unconscionable. Each side shall be allowed **TWO ONE-DAY DEPOSITIONS** on that subject. Both parties may propound **EIGHT** document requests narrowly-tailored to the subject. The parties shall produce documents on an expedited basis and shall submit supplemental briefs relating to the pending motion by **NOON ON JULY 30**. The motion to compel arbitration will be held in abeyance. The hearing on **JULY 9** is hereby rescheduled to **AUGUST 27 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE