IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, LLC, DYNAMEX OPERATIONS EAST, LLC, and DYNAMEX OPERATIONS WEST, LLC,<br><br>Defendants. | No. C 14-05003 WHA<br><br>**ORDER APPROVING PROPOSED FORM OF NOTICE** |

Saravia has filed a revised proposed form of notice, which incorporates the modifications required by the order conditionally certifying this collective action. The proposed form of notice is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: October 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE