IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**ORDER RE BRIEFING SCHEDULE ON DEFENDANTS' ADMINISTRATIVE MOTION**

Defendants have filed an administrative motion seeking clarification of the order conditionally certifying the collective action. Pursuant to Civil L.R. 7-11, Saravia's response is due four days after the motion is made, but the motion was docketed on a 35-day calendar and set for hearing accordingly. Saravia's response is due by **OCTOBER 26**. The hearing set for **DECEMBER 3** is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: October 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE