IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>    Defendants. | No. C 14-05003 WHA<br><br>**REQUEST FOR BRIEFING RE TRANSPORTATION WORKERS EXEMPTION TO THE FEDERAL ARBITRATION ACT** |

In *Circuit City Stores, Inc. v. Adams*, 532 U.S. 105, 119 (2001), the Supreme Court held that Section 1 of the Federal Arbitration Act exempts contracts of employment of transportation workers from the coverage of that act. It appears that plaintiff, as well as the possible members of the conditionally-certified collective, would be transportation workers within the meaning of that exemption. Nevertheless, both sides briefed defendants' motion to compel arbitration under the presumption that the FAA applied. By **OCTOBER 27 AT NOON**, both sides shall submit briefs **NOT TO EXCEED TEN PAGES**, addressing whether the transportation workers exemption applies in this case and, if so, what the implications of its application are.

**IT IS SO ORDERED.**

Dated:   October 22, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE