IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>  Defendants. | No. C 14-05003 WHA<br><br>**ORDER RE TRANSPORTATION WORKERS EXEMPTION** |

The Court would be inclined to hold that the contracts at issue are "contracts of employment" within the meaning of the FAA's transportation-workers exemption (regardless of whether the drivers are independent contractors or not under the FLSA). There seems, however, to be no need to decide that issue in this case, because it will not change the basic body of law to be applied to the arbitration issue. Therefore, for now, the Court will make no ruling on the exemption issue.

**IT IS SO ORDERED.**

Dated: November 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE