Todd M. Schneider, SBN 158253
tschneider@schneiderwallace.com
Joshua Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan Piller, SBN 300569
npiller@schneiderwallace.com
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

**Attorneys for Plaintiffs**

Robert G. Hulteng, SBN 071293
rhulteng@littler.com
Aurelio J. Pérez, SBN 282135
aperez@littler.com
**LITTLER MENDELSON PC**
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DYNAMEX, INC., et al.<br><br>Defendants. | Case No. 3:14-cv-05003-WHA<br><br>**[PROPOSED] ORDER RE SUPPLEMENT TO JOINT PLAN FOR DISTRIBUTION OF NOTICE**<br><br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: November 12, 2014 |

## [PROPOSED] ORDER

The Court has received and considered the Parties' Supplement to Joint Plan for Distribution of Notice of Collective Action Pursuant to Court Order and Exhibits A and B thereto.

The Supplement seeks approval of modifications to the proposed notice of collective action to be sent to the conditionally certified collective. The Parties have agreed to modify the language of the proposed notice in light of the Court's November 12, 2015 Order Clarifying Scope of Conditionally Certified Collective Action (the "Clarification Order") [ECF 100]. The change clarifies that the conditionally certified collective is limited to "those drivers in California that signed agreements based on the 2011 and 2012 template [agreements]." *Id*. at 1:28-2:2. The Parties also have agreed to state in the notice that the collective is limited to drivers "who make their deliveries out of an operating location at which Dynamex has a physical presence," which was part of the definition of the collective originally proposed by Plaintiff, as well as a few non-substantive changes.

The Parties' Supplement to the Joint Plan for Distribution of Notice ("Supplement") also explains that they are attempting to resolve a dispute that has arisen regarding the scope of the conditionally certified collective, with respect to the portion of the definition that limits the collective to individuals and entities "who make their deliveries out of an operating location at which Dynamex has a physical presence." The parties currently disagree about how this definition relates to 'on demand' drivers. The Supplement explains that 'on demand' drivers generally make deliveries from a variety of locations, and that some 'on demand' drivers have made one or more deliveries from a Dynamex facility. The Supplement reports that the Parties are meeting and conferring to determine whether they can resolve their disagreement regarding the scope of the conditionally certified collective as it applies to the on demand drivers. As part of this process, Defendant has started extracting and compiling delivery records for all 'on demand' drivers who have made deliveries from a Dynamex facility in California during the Class Period. Defendant anticipates that the further collection and review of documents will take approximately six weeks.

1

[PROPOSED] ORDER RE SUPPLEMENT TO JOINT PLAN FOR DISTRIBUTION OF NOTICE
*Saravia, et al. v. Dynamex, Inc., et al.*

Good cause shown, and in accordance with the stipulation of the Parties, the Court HEREBY ORDERS as follows:

1. The proposed form of notice set forth in Exhibit B to the Parties Supplement to Joint Plan for Distribution of Notice, with modifications to reflect the Court's Clarification order, is HEREBY APPROVED.

2. The date for distribution of notice is HEREBY EXTENDED from December 7, 2015, to January 18, 2016, in accordance with the stipulation of the Parties.

3. The Parties shall meet and confer as to whether and the extent to which "on-demand" drivers are part of the conditionally certified collective for purposes of receiving notice, and shall report to the Court as to whether they have reached an agreement or, if they have not reached an agreement, their respective positions, no later than January 6, 2015.

IT IS SO ORDERED.

Dated: December 8, 2015

THE HONORABLE WILLIAM H. ALSUP

2
[PROPOSED] ORDER RE SUPPLEMENT TO JOINT PLAN FOR DISTRIBUTION OF NOTICE
*Saravia, et al. v. Dynamex, Inc., et al.*