IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>Defendants. | No. C 14-05003 WHA<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

Defendants have filed an *ex parte* application to schedule a case management conference for the purpose of discussing continuances of several deadlines, including the deadline to file dispositive motions, the close of fact discovery, and the trial date (Dkt. No. 104). Defendants cite concerns that the deadline to file dispositive motions and the close of fact discovery will both occur before the opt-in period ends, and trial is scheduled to begin five weeks after the opt-in period ends. This time pressure resulted from the fact that conditional certification and notice were delayed by discovery relating to defendants' motion to compel arbitration, issues pertaining to the FAA transportation-workers exemption, and further disputes relating to the scope of the conditionally-certified collective action.

The Court hereby **SETS** a further case management conference for **FEBRUARY 11 AT 11:00 A.M.** The parties shall submit a joint case management statement no later than **SEVEN CALENDAR DAYS** prior to the case management conference.

**IT IS SO ORDERED.**

Dated:   January 25, 2016.

　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE