IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on
behalf of all others similarly situated,

    Plaintiff,

  v.

DYNAMEX, INC., DYNAMEX FLEET
SERVICES, INC., DYNAMEX
OPERATIONS EAST, INC., and
DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

    /

No. C 14-05003 WHA

**ORDER SETTING HEARING
RE DEFENDANTS'
DISCOVERY DISPUTE**

Pursuant to defendants' letter and declaration dated June 1, 2016, the Court **SETS** a three-hour meet-and-confer in its jury room starting from **8:00 A.M AND CONTINUING TO 11:00 A.M. ON WEDNESDAY, JUNE 8**, on the nineteenth floor of the San Francisco federal courthouse. At **11:00 A.M.**, the Court shall hear any remaining discovery issue(s) in Courtroom 8. Plaintiff's response is due by 9:00 a.m. on Monday, June 6.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing. Please buzz chambers to be let into the jury room.

**IT IS SO ORDERED.**

Dated: June 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE