IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**NOTICE RE DISCOVERY DISPUTE**

The conference tomorrow will be limited to the discovery grievances in Littler's letter dated June 1. The discovery grievances in Schneider Wallace's letter dated June 6 will be heard at a later conference to be set.

With regard to Littler's grievances, the ten-deposition limit of Rule 30 has no application to a case like this where we have 150 opt-in plaintiffs. Each is liable to sit for a deposition. Plaintiff's objection is very unreasonable.

Each plaintiff's case must be adjudicated on its own merits and Dynamex is correct that it is entitled to reasonable discovery as to each opt-in plaintiff. If an opt-in plaintiff fails to appear for a deposition, his or her case may be dismissed with prejudice.

All other arguments will be considered at the hearing.

Please bring to the hearing a list of the names of all opt-in plaintiffs so the judge can rule from the bench on the date and time of each deposition. The Court urges counsel to meet and

1  confer and to work this schedule out in the jury room.  If no agreement can be reached, the
2  judge will set a date and time.  No excuses.

5  Dated: June 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE