IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>Defendants. | No. C 14-05003 WHA<br><br>**ORDER SETTING HEARING RE PLAINTIFFS' FURTHER DISCOVERY DISPUTE** |

In response to plaintiffs' letter of June 19 regarding yet a further discovery dispute, the Court **SETS** a three-hour meet-and-confer in the Court's jury room on **FRIDAY, JULY 1, STARTING FROM 7:30 A.M. AND CONTINUING TO 10:30 A.M.** At 10:30 a.m., the Court shall hear any remaining issue(s) in Courtroom No. 8. Defendants' response is due by noon on June 28.

Please note that only those lawyers who participate in the meet-and-confer in the jury room may be heard at the hearing. Please buzz chambers to be let into the Court's jury room at 7:30 a.m. on July 1.

**IT IS SO ORDERED.**

Dated: June 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE