IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DYNAMEX, INC., DYNAMEX FLEET
SERVICES, INC., DYNAMEX
OPERATIONS EAST, INC., and
DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**ORDER DENYING EXTENSION
OF DISCOVERY DEADLINE**

The Court ordered the parties to meet and confer to agree on a trial plan and an extension of the discovery cut-off by Monday at noon. On Monday, plaintiffs filed a discovery letter, and defendants responded explaining that they hoped to reach an agreement by today, Wednesday 22, at noon. Yesterday, defendants filed their own discovery letter. The parties did not file anything today regarding their agreement (or not) on a trial plan or an extension of the discovery cut-off.

The parties' failure to reach an agreement is a mess of their own making through obstinance, lack of diligence, and gamesmanship. The June 30 discovery deadline stands.

**IT IS SO ORDERED.**

Dated: June 22, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE