IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiffs,

  v.

DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**ORDER RE DISCOVERY DISPUTES HEARING**

    The Court is informed that counsel cannot attend the July 1 meet-and-confer and hearing and suggests the following dates to hear all pending discovery disputes:

    1.    Wednesday, July 13, 7:30–10:30 a.m. for meet-and-confer, and hearing set for 10:30 a.m.; or

    2.    Friday, July 15, 7:30–10:30 a.m. for meet-and-confer, and hearing set for 10:30 a.m.

    Please advise the Court no later than **NOON ON MONDAY, JUNE 27**, which date is preferable. If the Court does not hear back from counsel by noon on June 27 or barring agreement on one of the two suggested dates, the original date of **JULY 1** stands. Please note that no deadlines in the case management order will be extended.

    **IT IS SO ORDERED.**

Dated: June 23, 2016.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE