IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>    Defendants.<br>_____/ | No. C 14-05003 WHA<br><br>**NOTICE RE EVIDENTIARY HEARING** |

    In light of counsel's representations at the discovery hearing today, the Court reviewed the transcript of the June 8 hearing (Dkt. No. 131).  Contrary to plaintiffs' counsel, the Court did not endorse the proposition that plaintiffs could simply substitute a different opt-in plaintiff's tax records if one of the opt-in plaintiffs from whom defendants requested tax records could not produce records.  The relevant pages are appended hereto.

    Plaintiffs are free to bring their motion seeking to cancel the evidentiary hearing scheduled for **JULY 20 AT 8:00 A.M.**, but in light of the foregoing, it is unlikely to persuade the Court.

Dated: July 15, 2016

                                                             WILLIAM ALSUP
                                                             UNITED STATES DISTRICT JUDGE