IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>　　　Defendants.<br>　／ | No. C 14-05003 WHA<br><br>**NOTICE RE INTERPRETERS** |

　　　Counsel are hereby reminded that it is their responsibility to arrange for any interpreters necessary at hearings in this case.

Dated: July 18, 2016

　　　　　　　　　　　　　　　　　　　／s/ William Alsup
　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE