IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. C 14-05003 WHA |
| v. | |
| DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC., | **ORDER POSTPONING EVIDENTIARY HEARING** |
| Defendants. | |

Based upon the request of plaintiffs' counsel, the evidentiary hearing previously scheduled for tomorrow at 8:00 a.m. is hereby **POSTPONED** to a date to be determined.

**IT IS SO ORDERED.**

Dated: July 19, 2016

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE