IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**ORDER APPROVING PROPOSED NOTICE**

The parties' joint proposed notice to the collective regarding our trial plan is hereby **APPROVED**. Counsel shall disseminate the notice to all members of the collective by **THURSDAY, OCTOBER 13**.

    **IT IS SO ORDERED.**

Dated: October 6, 2016

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE