ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO J. PÉREZ, Bar No. 282135
aperez@littler.com
LAUREN E. MEYERHOLZ, Bar No. 294518
lmeyerholz@littler.com
PERRY K. MISKA, Bar No. 299129
pmiska@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendants


TODD M. SCHNEIDER, Bar No. 158253
JOSHUA G. KONECKY, Bar No. 182897
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
jkonecky@schneiderwallace.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC. and DYNAMEX OPERATIONS WEST, INC.,<br><br>Defendants. | Case No.  3:14-CV-05003-WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR NON-SUBSTANTIVE MODIFICATION OF ORDER ON DEFENDANTS' MOTIONS TO DISMISS CERTAIN OPT-IN PLAINTIFFS [DKT NO. 206]**<br><br>Complaint Filed:   November 12, 2014<br>Trial Date:             January 9, 2017 |

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER ON DEFS' MOTIONS TO DISMISS [DKT. NO. 206]   1.   Case No. 3:14-cv-05003-WHA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Pursuant to Civil Local Rule 7-12, the undersigned counsel, on behalf of their respective clients, hereby respectfully submit the following joint stipulation to modify the Court's Order on Defendants' Motions to Dismiss Certain Opt-In Plaintiffs. (Dkt. No. 206.) Specifically, the parties stipulate to conform the spelling of the names of four of the Opt-In Plaintiffs subject to the Order to the spelling of their names on the Opt-In Consent to Join forms previously submitted to the Court.

The Parties propose the following corrections, and respectfully request that the Court modify the Order accordingly:

| Name in Order | Name on Opt-In Consent Form |
|---|---|
| Somching Kapkitkajon (Dkt. No. 206 at 3:7, 8:22) | Somching Lapkitkajon (Dkt. Nos. 115-3 at Exh. 139; 172-2 at 2:11-12, 195 at 10:11) |
| Manjit Sing (Dkt. No. 206 at 3:14, 8:24) | Manjit Singh (Dkt. Nos. 115-3 at Exh. 146; 172-2 at 2:11-12, 195 at 10:23) |
| Amrit Sing (Dkt. No. 206 at 3:13, 8:23) | Amrit Pal Singh (Dkt. Nos. 115-3 at Exh. 141; 172-2 at 2:11-12, 195 at 10:18) |
| Jasbir Sing (Dkt. No. 206 at 3:13, 8:23) | Jasbir Singh (Dkt Nos. 115-3 at Exh. 142; 172-2 at 2:11-12, 195 at 10:19) |

//
//
//
//
//
//
//

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER ON DEFS' MOTIONS TO DISMISS [DKT. NO. 206]     1.     Case No. 3:14-cv-05003-WHA

IT IS SO STIPULATED.

DATED: October 14, 2016

Respectfully submitted,

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP

By: */s/ Joshua G. Konecky*
Joshua G. Konecky

Attorneys for Plaintiffs

DATED: October 14, 2016

LITTLER MENDELSON, P.C.

By: */s/ Lauren E. Meyerholz*
Lauren E. Meyerholz

Attorneys for Defendants

The names used in the order dated September 30, 2016 (Dkt. No. 206) are hereby modified as set forth above.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _October 14, 2016_.

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Firmwide:143240813.5 052385.1038

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER ON DEFS' MOTIONS TO DISMISS [DKT NO. 206]

2.

Case No. 3:14-cv-05003-WHA