IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>Defendants.<br>_____/ | No. C 14-05003 WHA<br><br>**REQUEST FOR RESPONSE RE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

    Although the order setting a schedule for the upcoming cross-motions for summary judgment did not specify a hearing date, defense counsel should have immediately recognized that the hearing on any motions would be scheduled for December 1, rather than waiting nearly one month to raise the issue.  The Court is inclined to schedule a specially-set hearing on the morning of November 30 and is inclined against holding a hearing on December 15, which would put too much pressure on the trial date.  By **WEDNESDAY NOVEMBER 9 AT NOON**, defense counsel shall state the nature of the lead attorney's travel plans, including when those plans were scheduled.

    **IT IS SO ORDERED.**

Dated:  November 7, 2016



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE