IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>Defendants. | No. C 14-05003 WHA<br><br>**ORDER SETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The hearing on the cross-motions for summary judgment is hereby **SET** for **WEDNESDAY, NOVEMBER 30** at **8:00 A.M.** As suggested by Attorney Hulteng, Attorney Perez is welcome to argue for the defendants.

**IT IS SO ORDERED.**

Dated: November 10, 2016

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE