IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, LLC, DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>    Defendants. | No. C 14-05003 WHA<br><br>**ORDER ON DEFENDANTS' MOTION TO STRIKE** |

Defendants move to strike the reply declaration of Michael Heart, inasmuch as it includes evidence that could have been raised in plaintiff's motion. Alternatively, defendants seek leave to file a surreply. Defendants may file a surreply **NOT TO EXCEED TEN PAGES** addressing *only* the evidence raised for the first time in Michael Hart's reply declaration. Any extraneous material will be stricken. Defendants' surreply is due by **10:00 P.M. ON NOVEMBER 29**.

**IT IS SO ORDERED.**

Dated: November 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE