IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

DYNAMEX, INC., DYNAMEX FLEET SERVICES, LLC, DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,

    Defendants.

No. C 14-05003 WHA

**ORDER MOVING FINAL PRETRIAL CONFERENCE**

    The final pretrial conference is hereby **RESCHEDULED** from **WEDNESDAY, JANUARY 4 AT 1:00 P.M.** to **TUESDAY, JANUARY 3 AT 11:00 A.M.** Any objection to this change in schedule must be made by **NOON TOMORROW**, together with a showing of good cause. The trial remains scheduled to start on **MONDAY, JANUARY 9 AT 7:30 A.M.**

    Additionally, we will be summoning a venire, so any late settlement will result in the parties and/or counsel paying for the venire's cost of attendance.

    **IT IS SO ORDERED.**

Dated: December 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE