IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, LLC, DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>     Defendants. | No. C 14-05003 WHA<br><br>**ORDER SETTING SCHEDULE FOR PRELIMINARY REVIEW OF SETTLEMENT** |

The Court appreciates the parties' verbal update regarding their settlement of this action. Until, however, preliminary approval is given to a collective settlement, all dates remain on calendar. Counsel shall please file their motion for preliminary approval by **TOMORROW, DECEMBER 22 AT NOON**. A hearing is set for **FRIDAY, DECEMBER 23 AT 10:00 A.M.** Please bring the signed agreement.

**IT IS SO ORDERED.**

Dated: December 21 , 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE