Todd M. Schneider, Bar No. 158253
tschneider@schneiderwallace.com
Joshua Konecky, Bar No. 182897
jkonecky@schneiderwallace.com
Nathan Piller, Bar No. 300569
npiller@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:     415.421.7100
Facsimile:     415.421.7105

Attorneys for Plaintiffs JUAN SARAVIA, et al.

Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Aurelio J. Pérez, Bar No. 282135
aperez@littler.com
Lauren E. Meyerholz, Bar No. 294518
lmeyerholz@littler.com
Perry K. Miska, Bar No. 299129
pmiska@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant DYNAMEX OPERATIONS WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC. and DYNAMEX OPERATIONS WEST, INC.,<br><br>Defendants. | Case No.  3:14-CV-05003-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Complaint Filed:   November 12, 2014<br>Trial Date:            January 9, 2017 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL

Case No. 3:14-cv-05003-WHA

1   WHEREAS the Court ordered all remaining 125 members of the Collective to
2   consent to the Court's trial plan by November 23, 2016 or risk dismissal without prejudice from the
3   instant Action (*see* Dkt. No. 205);
4   WHEREAS eighteen members of the collective did not submit their consent to be
5   bound by the Court's trial plan and remain a part of the instant Action by the November 23, 2016
6   deadline. Those members are:

7   (1) Sameullah Bayanzai;
8   (2) Naresh Chand Bilash;
9   (3) Ronald Devera;
10  (4) Victor Godoy Cavallero;
11  (5) Budijanto Kamal;
12  (6) Rick Lahkar;
13  (7) Yuon Lau;
14  (8) Latin Mean;
15  (9) Daniel Nieto;
16  (10) Maria Olguin;
17  (11) Ahmed A. Omar;
18  (12) Luis A. Silva Valencia;
19  (13) Shivinder Singh;
20  (14) Rusty Talay;
21  (15) Elliot Tenorio;
22  (16) Daniel Vargas;
23  (17) Jose Cristobal Velasquez; and
24  (18) Bobby Williams.
25  ///
26  ///
27  ///
28  ///

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL        1.        Case No. 3:14-cv-05003-WHA

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the claims of the eighteen individuals identified above are hereby dismissed without prejudice pursuant to F.R.C.P. 41(b) and per the Court's Order re Defendants' Motion to Decertify Collective Action and Plaintiffs' Motion to Bifurcate (*see* Dkt. No. 205).

Dated: December 23, 2016

*/s/ Nathan Piller*
NATHAN PILLER
SCHNEIDER WALLACE COTTRELL
   KONECKY WOTKYNS LLP
Attorneys for Plaintiff JUAN SARAVIA

Dated: December 23, 2016

*/s/ Aurelio J. Pérez*
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DYNAMEX OPERATIONS WEST, LLC

The filer of the document attests that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: December 23, 2016

*/s/ Aurelio J. Pérez*
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DYNAMEX OPERATIONS WEST, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL      2.      Case No. 3:14-cv-05003-WHA

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** pursuant to the parties' Stipulation, and Good Cause appearing therefor, that the claims of the following individuals are hereby dismissed without prejudice:

1. Sameullah Bayanzai;
2. Naresh Chand Bilash;
3. Ronald Devera;
4. Victor Godoy Cavallero;
5. Budijanto Kamal;
6. Rick Lahkar;
7. Yuon Lau;
8. Latin Mean;
9. Daniel Nieto;
10. Maria Olguin;
11. Ahmed A. Omar;
12. Luis A. Silva Valencia;
13. Shivinder Singh;
14. Rusty Talay;
15. Elliot Tenorio;
16. Daniel Vargas;
17. Jose Cristobal Velasquez;  and
18. Bobby Williams II.

**IT IS SO ORDERED**.

Dated: December 27, 2016.

HONORABLE WILLIAM ALSUP
JUDGE OF THE DISTRICT COURT

Firmwide:144639868.1 052385.1038

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL    3.    Case No. 3:14-cv-05003-WHA