Todd M. Schneider, Bar No. 158253
tschneider@schneiderwallace.com
Joshua Konecky, Bar No. 182897
jkonecky@schneiderwallace.com
Nathan Piller, Bar No. 300569
npiller@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone:   415.421.7100
Facsimile:   415.421.7105

Attorneys for Plaintiffs JUAN SARAVIA, et al.

Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Aurelio J. Pérez, Bar No. 282135
aperez@littler.com
Lauren E. Meyerholz, Bar No. 294518
lmeyerholz@littler.com
Perry K. Miska, Bar No. 299129
pmiska@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Defendant DYNAMEX OPERATIONS
WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, INC., DYNAMEX OPERATIONS EAST, INC. and DYNAMEX OPERATIONS WEST, INC.,<br><br>Defendants. | Case No.  3:14-CV-05003-WHA<br><br>[~~PROPOSED~~] ORDER RE SETTLEMENT SCHEDULE<br><br>Complaint Filed:   November 12, 2014<br>Trial Date:   January 9, 2017 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

[~~PROPOSED~~] ORDER RE SETTLEMENT
SCHEDULE

Case No. 3:14-cv-05003-WHA

**[PROPOSED] ORDER**

Following the Hearing for Preliminary Approval of Collective Action Settlement on December 23, 2016 and the Parties' meet and confer efforts, the settlement administration and approval schedule shall be as follows:

| | |
|---|---|
| December 29, 2016 | Deadline to file final proposed Notice of Class Action Settlement and Settlement Agreement |
| January 11, 2017 | Deadline to mail Notice of Class Action Settlement |
| January 26, 2017 | Deadline to file Plaintiffs' Motion for Final Approval of Settlement Agreement, Attorneys' Fees, and Service Award |
| February 9, 2017 | Deadline to file Defendant's Opposition to Plaintiffs' Motion for Final Approval of Settlement Agreement, Attorneys' Fees, and Service Award |
| February 16, 2017 | Deadline to file Plaintiffs' Reply in support of their Motion for Final Approval of Settlement Agreement, Attorneys' Fees, and Service Award |
| March 2, 2017 | Deadline to Challenge, Object to, or Opt-Out of Settlement for Class Members whose Notice of Class Action Settlement mailed on January 11, 2017 is not returned undeliverable[1] |
| March 23, 2017 | Deadline to file affidavit regarding the challenges, objections, and requests to opt out and arguments from the Parties regarding same |
| April 6, 2017, 1 p.m. | Hearing for Final Approval of Class Action Settlement |

---

[1] If a mailing is returned as undeliverable and the Class Notice is subsequently mailed to a new address, that Class Member shall have up to fifty (50) days from the date of the subsequent mailing to opt out of the lawsuit (also the "Opt-Out period"). If the 50th day falls on a Sunday or holiday, the deadline to opt out will be the next business day that is not a Sunday or holiday. Under no circumstances shall a Class Member be permitted to Opt-Out, unconditionally or conditionally, after March 22, 2017.

[PROPOSED] ORDER RE SETTLEMENT SCHEDULE   1.   Case No. 3:14-cv-05003-WHA

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1  The schedule proposed by the parties is approved.

2  **IT IS SO ORDERED**.

4  Dated: December 27, 2016.

  _____
5  HONORABLE WILLIAM ALSUP
   JUDGE OF THE DISTRICT COURT

6  Firmwide:144645848.2 052385.1038

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

[~~PROPOSED~~] ORDER RE SETTLEMENT SCHEDULE     2.     Case No. 3:14-cv-05003-WHA