IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DYNAMEX, INC., DYNAMEX FLEET SERVICES, LLC, DYNAMEX OPERATIONS EAST, INC., and DYNAMEX OPERATIONS WEST, INC.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 14-05003 WHA<br><br>**ORDER APPROVING PROPOSED CODICIL (AS AMENDED) AND APPROVING PROPOSED NOTICE (AS AMENDED)** |

　　　　The parties' proposed codicil regarding the disputed settlement term is hereby **APPROVED**, provided that the parties agree that the sentence in paragraph 5 that reads, "The deadline to cash any reissued settlement check shall be later of 90 days from the date on the first settlement check or 30 days on the date of the reissued settlement check" is amended to read "The deadline to cash any reissued settlement check shall be *the* later of 90 days from the date *of* the first settlement check or 30 days *from* the date of the reissued settlement check" (italics added to emphasize changes).   The parties shall please state their agreement to the modification to the codicil by **NOON TOMORROW**.

　　　　Additionally, the proposed form of notice is **APPROVED**, with the assumption that the final form of the notice will omit the grey margin throughout the "clean" version, the stray proofreading mark on page 8, that the pagination will not change, and provided the following edit is made:

- On page 1, delete the period before (the "Settlement") at the end of the second paragraph below the line, and add a period *after* (the "Settlement").  This new draft deleted the wrong period.

If any further modifications are made, or if the final pagination differs from that reflected in the "clean" copy, the parties shall please file a redlined copy and a true "clean" copy of the proposed notice along with their statement regarding the codicil at **NOON TOMORROW**.

**IT IS SO ORDERED.**

Dated:   January 4, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2