IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA,

    Plaintiff,

v.

DYNAMEX, INC., *et al.*,

    Defendant.

No. C 14-05003 WHA

**ORDER GRANTING SEALING MOTIONS**

Both sides have moved to file portions of various documents and exhibits appended thereto under seal (Dkt. Nos. 161, 214, 220, 225). The documents in question are the tax returns and other tax-related documents of several opt-in plaintiffs. The motions are **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 31, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE