IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA,

    Plaintiff,

v.

DYNAMEX, INC., *et al.*,

    Defendant.

No. C 14-05003 WHA

**ORDER RE OBJECTION FILED WITH COURT**

    The Court has read the objection by Brian Barbaro (which should have been sent to the lawyers) (Dkt. No. 268). The Court is understanding of Mr. Barbaro's desire to be away due to the birth of his child expected to occur that week, but the problem is the phone system in the courtroom is so inadequate that it proves exceedingly difficult to patch people in by phone while everyone else appears in person. The last time the Court attempted this was a nightmare. Accordingly, Mr. Barbaro's request to appear by telephone is **DENIED**. Mr. Barbaro may send a lawyer to speak on his behalf.

    With regard to the merits of the objection, the Court will consider fully the letter and hereby requires counsel to respond to the objection in the filings due on March 23.

    **IT IS SO ORDERED.**

Dated: February 22, 2017.

                                   WILLIAM ALSUP
                                   UNITED STATES DISTRICT JUDGE