IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

DYNAMEX OPERATIONS WEST, LLC,

    Defendant.

No. C 14-05003 WHA

**ORDER AWARDING REASONABLE ATTORNEY'S FEES AND COSTS**

As discussed at the fairness hearing and as agreed to by both sides, this order finds an award of $500,000 in attorney's fees and $104,907.30 in costs is fair and reasonable in light of the circumstances of our case. The costs award and one-half of the fee award shall be paid promptly. The balance shall be paid only after all of the work administering the settlement is done.

**IT IS SO ORDERED.**

Dated: April 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE