| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293<br>rhulteng@littler.com |
| 2 | AURELIO J. PÉREZ, Bar No. 282135<br>aperez@littler.com |
| 3 | LAUREN E. MEYERHOLZ, Bar No. 294518<br>lmeyerholz@littler.com |
| 4 | PERRY K. MISKA, Bar No. 299129<br>pmiska@littler.com |
| 5 | LITTLER MENDELSON, P.C.<br>333 Bush Street, 34th Floor |
| 6 | San Francisco, California 94104<br>Telephone: 415.433.1940 |
| 7 | Facsimile: 415.399.8490 |
| 8 | Attorneys for Defendant<br>DYNAMEX OPERATIONS WEST, LLC |
| 9 | |
| 10 | TODD M. SCHNEIDER  SBN 158253<br>tschneider@schneiderwallace.com |
| 11 | JOSHUA G. KONECKY  SBN 182897<br>jkonecky@schneiderwallace.com |
| 12 | NATHAN B. PILLER  SBN 300569<br>npiller@schneiderwallace.com |
| 13 | SCHNEIDER WALLACE<br>COTTRELL KONECKY WOTKYNS LLP |
| 14 | 2000 Powell Street, Suite 1400<br>Emeryville, California 94608 |
| 15 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 |
| 16 | |
| 17 | Attorneys for Plaintiff<br>JUAN SARAVIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX OPERATIONS WEST, LLC,<br><br>Defendants. | | Case No. 3:14-CV-05003-WHA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER**<br>Re Certain Plaintiffs' Donations<br>to Cy Pres Beneficiaries<br><br>Complaint Filed: November 12, 2014 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION AND ~~PROPOSED~~ ORDER         Case No. 3:14-cv-05003-WHA

Since the Court's final approval order of April 7, 2017 [ECF 274], Plaintiffs Kohsuwan and Prommi have agreed to donate their settlement shares to the *cy pres* beneficiaries in this case, to be distributed under the terms of the present collective action settlement. A fully executed stipulation pertaining to Mr. Kohsuwan is attached hereto as **Exhibit A**. A fully executed stipulation pertaining to Mr. Prommi is attached hereto as **Exhibit B**.

As summarized by the stipulations, Plaintiffs Kohsuwan and Prommi are named plaintiffs in a separate class action against Dynamex, *Charintorn Kohsuwan, Phairat Prommi, Gustavo Menacho, individually and on behalf of others similarly situated v. Dynamex Inc., and DOES 1-10, inclusive* ("*Kohsuwan v. Dynamex*"), Case No. 30-2012-00594430-CU-OE-CXC (Superior Court of California, County of Orange), which recently settled. The April 3, 2017 court order which granted the Joint Stipulation Re Settlement And Dismissal Of Class Claims in *Kohsuwan v. Dynamex* is attached hereto as **Exhibit C**.

Mr. Kohsuwan and Mr. Prommi are making their donations in connection with a settlement agreement and release they recently made in *Kohsuwan v. Dynamex*, which came to both counsels' attention in this case after the Court's final approval order. Mr. Kohsuwan's and Mr. Prommi's releases in the *Kohsuwan v. Dynamex* settlement explicitly cover their claims in this collective action settlement and their donations are intended to honor those releases while ensuring that Dynamex still pays the total settlement amount in this collective action. Mr. Kohsuwan's and Mr. Prommi's donations do not affect the release pertaining to them or any other plaintiff in this case, do not diminish the total amount that Dynamex will need to pay under the terms of the collective action settlement agreement, and do not change any other term of the collective action settlement approved by this Court.

Accordingly, the Parties hereby respectfully request that the Court approve the stipulations and designate Plaintiff Kohsuwan's and Plaintiff Prommi's settlement amounts in the present case to the *cy pres* beneficiaries.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIPULATION AND ~~PROPOSED~~ ORDER     1.     Case No. 3:14-cv-05003-WHA

Dated: April 19, 2017           LITTLER MENDELSON, P.C.

*/s/Perry Miska*
ROBERT G. HULTENG
AURELIO J. PÉREZ
LAUREN E. MEYERHOLZ
PERRY K. MISKA

Attorneys for Defendant
DYNAMEX OPERATIONS WEST, LLC

Dated: April 19, 2017           SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP

*/s/Joshua Konecky*
TODD M. SCHNEIDER
JOSHUA G. KONECKY
NATHAN B. PILLER

Attorneys for Plaintiffs
CHARINTORN KOHSUWAN and PHAIRAT PROMMI

**PURSUANT TO STIPULATION,** Plaintiff Charintorn Kohsuwan's and Plaintiff Phairat Prommi's portions of the settlement amount in *Saravia v. Dynamex* shall be paid to the *cy pres* designated in the Amended Joint Stipulation Of Settlement And Release [Dkt. No. 250].

**IT IS SO ORDERED.**

DATED: April 24, 2017.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

Firmwide:147048728.1 052385.1038

STIPULATION AND ~~PROPOSED~~ ORDER     2.     Case No. 3:14-cv-05003-WHA