IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

DYNAMEX OPERATIONS WEST, LLC,

    Defendant.

No. C 14-05003 WHA

**ORDER TO SHOW CAUSE**

    The parties have submitted a joint statement regarding opt-in plaintiff Quang Nguyen advising that Nguyen now contends he opted out of the settlement agreement.

    This case has proceeded with the settlement under the assumption that Nguyen did not opt out of the collective and remained a member through final approval of the settlement, only now to learn that Nguyen claims to have opted out. At a hearing in Courtroom 8 on the 19th Floor of the Federal Courthouse at 450 Golden Gate Ave. in San Francisco on **JUNE 7 AT NOON**, Nguyen shall **SHOW CAUSE** why he should not be bound by the release in the settlement agreement and the forthcoming judgment in this case, including by providing the court with any documents, letters, correspondence, testimony, or other evidence that he timely and properly elected to opt out of the approved settlement.

    Plaintiffs' counsel shall promptly **SERVE** this order on Nguyen.

    **IT IS SO ORDERED.**

Dated: May 11, 2017.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE