IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

DYNAMEX OPERATIONS WEST, LLC,

    Defendant.

No. C 14-05003 WHA

**NOTICE TO COUNSEL**

    The parties have submitted a joint statement regarding opt-in plaintiff Quang Nguyen advising that Nguyen now contends he opted out of the settlement agreement.

    At the hearing on June 7, counsel shall bring any communications with opt-in plaintiff Nguyen regarding his contention that he opted out. The court will review any privileged communications in camera if necessary.

**IT IS SO ORDERED.**

Dated: May 11, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE