IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>DYNAMEX OPERATIONS WEST, LLC,<br><br>    Defendant. | No. C 14-05003 WHA<br><br>**ORDER RE OPT-IN PLAINTIFF CARLOS MENDOZA** |

The parties have submitted a joint statement regarding opt-in plaintiff Carlos Mendoza advising that Mendoza is deceased and at the time of his death was neither married nor had a will but is survived by his two sons. The parties are working to arrange paying the settlement to his sons upon receipt of a death certificate, failing which, the parties will donate his portion of the settlement to the designated cy pres recipient.

The court approves of this plan; however, before any cy pres donation is made counsel shall please submit a joint statement detailing all efforts to direct the payment to Mendoza's next of kin.

**IT IS SO ORDERED.**

Dated: May 11, 2017.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE