IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX OPERATIONS WEST, LLC,<br><br>Defendant. | No. C 14-05003 WHA<br><br>**ORDER RE OPT-IN PLAINTIFF QUANG NGUYEN** |

On May 11, opt-in plaintiff Quang Nguyen was ordered to appear for a hearing on **JUNE 7 AT NOON** in Courtroom 8 on the 19th Floor of the Federal Courthouse at 450 Golden Gate Ave. in San Francisco to show cause as to why he should not be bound by the settlement agreement and forthcoming judgment in this action. Nguyen's wife contacted the clerk by telephone on May 24 to request that Nguyen be permitted to appear by phone, and to ask that he be provided an interpreter.

The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone, and therefore, the Court must **DENY** Nguyen's request. Plaintiff's counsel shall arrange for an interpreter should Nguyen elect to attend the hearing on June 7. If Nguyen declines to attend, he shall notify the Court and Plaintiff's counsel by **JUNE 2** at the latest.

**IT IS SO ORDERED.**

Dated: May 25, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE