IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX OPERATIONS WEST, LLC,<br><br>Defendant. | No. C 14-05003 WHA<br><br>**ORDER DENYING REQUEST TO OPT OUT** |

For the reasons stated on the record, opt-in plaintiff Quang Nguyen will continue to be included in the final class settlement and release. Nguyen's "request to be excluded" resulted in more confusion than anything else, but in any event he did not opt out properly and timely, and therefore his request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 7, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE