IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,

Plaintiffs,

v.

DYNAMEX OPERATIONS WEST, LLC,

Defendant.

No. C 14-05003 WHA

**NOTICE REGARDING OPT-IN PLAINTIFF CARLOS MENDOZA**

On May 11, the Court approved the parties' plan to pay the sons of deceased opt-in plaintiff Carlos Mendoza the amount he was due in settlement. If the parties were unable, after diligent effort, to obtain Mendoza's death certificate, however, they were ordered to submit a joint statement to the Court detailing all efforts to do so. Upon the Court's approval, the parties were then to donate Mendoza's portion of the settlement to the designated *cy pres* recipient.

It has now been over a month since the Court issued this order. Before the Court enters judgment, the parties shall submit a joint statement confirming that they have paid the settlement funds due to Mendoza to his sons, or failing that detailing all efforts to do so.

**IT IS SO ORDERED.**

Dated: June 15, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE