IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUAN SARAVIA, individually and on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

DYNAMEX OPERATIONS WEST, LLC,

    Defendant.

No. C 14-05003 WHA

**NOTICE REGARDING JUDGMENT**

On May 9, the parties filed a stipulated judgment. At that time, several issues regarding settlement class member payment remained unresolved. Those issues have since been resolved, and on June 16 the parties filed a joint statement explaining the state of the few outstanding checks. The court approves the parties plan to renotify settlement class members and distribute the remaining checks. Once all of the checks have been cashed, or failing that, *cy pres* has been resolved, the Court will enter judgment.

**IT IS SO ORDERED.**

Dated: June 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE