| | |
|---|---|
| 1 | Todd M. Schneider, Bar No. 158253
tschneider@schneiderwallace.com |
| 2 | Joshua Konecky, Bar No. 182897
jkonecky@schneiderwallace.com |
| 3 | Nathan Piller, Bar No. 300569
npiller@schneiderwallace.com |
| 4 | SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP |
| 5 | 2000 Powell Street, Suite 1400
Emeryville, CA 94608 |
| 6 | Telephone:    415.421.7100
Facsimile:     415.421.7105 |

Attorneys for Plaintiffs JUAN SARAVIA, et al.

Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Aurelio J. Pérez, Bar No. 282135
aperez@littler.com
Lauren E. Meyerholz, Bar No. 294518
lmeyerholz@littler.com
Perry K. Miska, Bar No. 299129
pmiska@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:    415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant DYNAMEX OPERATIONS WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SARAVIA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DYNAMEX OPERATIONS WEST, LLC,<br><br>Defendant. | Case No. 3:14-CV-05003-WHA<br><br>**STIPULATED JUDGMENT AND [PROPOSED] ORDER ENTERING JUDGMENT** |

The Court has separately entered an order granting final approval of the parties' collective settlement (Dkt. No. 274), which has settled this action. The Court's findings of fact and conclusions of law stated within that order are expressly incorporated herein by reference.

Pursuant to Federal Rule of Civil Procedure 58, and subject to the Court's continuing jurisdiction with respect to all matters arising from or related to the implementation of the collective settlement and Order Granting Final Approval of Collective Settlement (Dkt. No. 274), the parties HEREBY STIPULATE to final judgment and dismissal of this action with prejudice.

Also pursuant to the Court's order (Dkt. No. 274), the parties further stipulate that the following individuals, as named below, are subject to the release contained in the collective settlement:[1]

1. Levon Abadzhyan
2. Ferdinand Advincula
3. Martin Aguilar
4. Walter F. Alvarez Rosales
5. Martin Arrambide
6. Ignacio Arzu
7. Alvaro Ascencio
8. Fernando Baboza Sanchez
9. Brian Barbaro
10. Robert Baylosis
11. Cesar Benitez, Jr.
12. Coleman A. Blackman III

---

[1] For purposes of potential disambiguation, the parties agree that each individual can be further identified through the payment issued to him or her under his or her social security or other identifying number and that Defendant shall securely and confidentially maintain this information.

| | |
|---|---|
| 13. | Steve Bounlouam |
| 14. | Eustaquio Bringas |
| 15. | Thi Bui |
| 16. | Jessie Caasi |
| 17. | Rene Calles |
| 18. | Roland R. Castillo |
| 19. | Rolando Castillo |
| 20. | Christina Castillo |
| 21. | Gary Keith Chappell |
| 22. | Douglas Chavarria |
| 23. | Luis Chavez-Bernard |
| 24. | Stephen Cheney |
| 25. | Shomari K. Colver |
| 26. | Arturo Cordero |
| 27. | Pablo Correa |
| 28. | Pablo Curiel |
| 29. | Dashbold Dashdamba |
| 30. | Maria Del Socorro Delgado |
| 31. | Eduardo Di Carlo |
| 32. | Gilbert A. Duran Jr. |
| 33. | Amer Elhajjaoui |
| 34. | Jose Escalante |
| 35. | Alfredo Antonio Galo |
| 36. | Jose W. Garcia |

37. Carlos Gomez

38. Jose Gomez

39. Carlos Gomez-Rodriguez

40. Henry Guevara

41. Francisco Guido

42. Mia Hall

43. Gary Howard

44. John Kane

45. Mohammed Imraaz Khan

46. Charintorn Kohsuwan[2]

47. Agesh Kumar

48. Dinesh Kumar

49. Manmohit Kumar

50. Ricardo A. Lara

51. Brandon Lawson

52. Alvin Vu Le

53. Daniel Leachman

54. Cullen C. Lee

55. Tumurbaatar Lhayajav

56. Victor H. Loera

57. Luis Lopez

---

[2] Per the parties' Stipulation and Court's Order re Certain Plaintiffs' Donations to *Cy Pres* Beneficiaries (Dkt. No. 277), Mr. Kohsuwan has donated his settlement share to the *cy pres* beneficiaries in accordance with the terms of the collective action settlement.

58. Juan Carlos Marciano

59. Yvette Florence Matthews

60. Jonhy Josue Mejia

61. Eduardo F. Melgar

62. Rodolfo Menchaca

63. Carlos Roberto Mendoza

64. Jorge Menendez

65. Sergio C. Mercado

66. Marvin Monge

67. Efren Moreno Morales

68. Samuel W. Muchiri

69. Quang T. Nguyen

70. Maria L. Ocampo

71. Bradley Ortega

72. Vanchai Pechsintopchai

73. Nestor Daniel Pennino

74. Juan Carlos Perez

75. Ervin Pivaral

76. Sombat Proakatok

77. Phairat "Pat" Prommi[3]

78. Muntaz A. Raihman

---

[3] Per the parties' Stipulation and Court's Order re Certain Plaintiffs' Donations to *Cy Pres* Beneficiaries (Dkt. No. 277), Mr. Prommi has donated his settlement share to the *cy pres* beneficiaries in accordance with the terms of the collective action settlement.

79. Angelina Ramirez

80. Christina Ramirez

81. Peter Ramirez

82. Teresa Ramirez

83. Julio C. Rico

84. Gustavo A. Rivas

85. David Sanchez

86. Juan Saravia

87. Reynaldo Saravia

88. Paul Sasi

89. Nelson E. Schettini

90. Suparon Seangthong

91. Mohammad M. Shablid

92. Narongrit Simsookcharoen

93. Hakam Singh

94. De Shaunn Smith

95. Filberto Soto

96. Dusit Suayugam

97. Greta E. Tella

98. John Thomas

99. Kurniawan Tjokro

100. Joyce Trice

101. Beatriz Urenda

102. Edgar Valdez

103. Francisco Vazquez

104. Pichian "Pete" Wimuktayon

105. Roberto Zepeda

106. Michael O. Zurcher

Dated: May 9, 2017
/s/ Aurelio J. Pérez
AURELIO J. PÉREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendant
DYNAMEX OPERATIONS WEST, LLC

Dated: May 9, 2017
/s/ Joshua Konecky
JOSHUA KONECKY
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
Attorneys for Plaintiff JUAN SARAVIA

## [PROPOSED] ORDER ENTERING JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, and subject to the Court's continuing jurisdiction with respect to all matters arising from or related to the implementation of the collective settlement and Order Granting Final Approval of Collective Settlement (Dkt. No. 274), the Court directs the Clerk of the Court to enter this Final Judgment dismissing the action with prejudice.

Pursuant to the April 7, 2017 order, defendants shall pay the remainder of the outstanding fee award.
IT IS SO ORDERED.

DATED: August 3, 2017.

The Honorable William Alsup
United States District Court Judge